IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BESSLINDORA GOREE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 2:10-cv-2271 |

## ORDER

_____AND NOW, this 18th day of October 2011, it is hereby ORDERED that David Spear of Chartis and Dr. Christopher McGinley of the Lower Merion School District shall personally appear before the Honorable Legrome D. Davis on Wednesday, October 19, 2011 at 7:00 a.m. in Room 6614, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106 to resume settlement negotiations.  The parties are directed to personally serve this order upon David Spear and Christopher McGinley.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.