IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BESSLINDORA GOREE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 10-cv-2271 |

O R D E R

    AND NOW, this 20th day of October, 2011, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter.

**MICHAEL E. KUNZ**, Clerk of Court


By: /s/ Mia Harvey
      Deputy Clerk to Judge Legrome D. Davis